UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATONYA MILLER,**<br><br>    **Plaintiff**<br><br>**v.**<br><br>**PARISH HOSPITAL DISTRICT FOR THE PARISH OF WEST FELICIANA, WEST FELICIANA PARISH HOSPTIAL DISTRICT NO. 1 D/B/A ST. FRANCIS CYPRESS RURAL HEALTH CLINIC AND BOARD OF COMMISSIONERS OF THE HOSPITAL SERVICE DISTRICT FOR WEST FELICIANA PARISH**<br><br>    **Defendants.** | **DOCKET NO. 23-CV-782**<br><br>**JUDGE**<br><br>**MAGISTRATE** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendants, Parish Hospital District for the Parish of West Feliciana, West Feliciana Parish Hospital District No. 1 d/b/a/ St. Francis Cypress Rural Health Clinic ("Cypress Rural Health Clinic") and Board of Commissioners of the Hospital Service District for West Feliciana Parish ("Board of Commissioners") hereby remove the instant action from the 20th Judicial District Court for the Parish of West Feliciana to the United States District Court for the Middle District of Louisiana.

Pursuant to 28 U.S.C. § 1446, defendants hereby invoke the jurisdiction of this Court under 28 U.S.C. § 1331 and states the following grounds for removal:

1.    On July 31, 2023, plaintiff Latonya Miller ("Miller") filed a Petition ("Petition") against Cypress Rural Health Clinic and the Board of Commissioners in the 20th Judicial District Court for the Parish of West Feliciana captioned *Latonya Miller v. Parish Hospital District for the Parish of West Feliciana, West Feliciana Parish Hospital District No. 1 d/b/a St. Francis*

1

*Cypress Rural Health Clinic and Board of Commissioners of the Hospital Service District for West Feliciana Parish* and bearing Case No. 24694.

2. Cypress Rural Health Clinic was served with plaintiff's Petition on July 31, 2023.

3. The Board of Commissioners was served with plaintiff's Petition on July 31, 2023.

4. Defendants have neither served nor filed any answer or responsive pleading to the Petition nor made any appearance or argument before the 20th Judicial District Court for the Parish of West Feliciana in this matter.

5. As this Notice is filed with this Court within thirty (30) days after the defendants were served with a copy of the Petition upon which this action is based, and before any proceedings were had thereupon in the state court, this removal is timely pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders that have been served upon defendants are attached hereto as Exhibit A.

7. Original subject matter jurisdiction is vested with this Honorable Court pursuant to 28 U.S.C. § 1331 because plaintiff's claims arise under the Constitution, laws, or treaties of the United States. Specifically, in addition to her claims under Louisiana's anti-discrimination laws, La. R. S. 23:301, *et seq* plaintiff has reserved the right to supplement and amend her Petition to include claims under federal discrimination laws upon receipt of a Notice of Right to Sue from the Equal Employment Opportunity Commission. *See* ¶ 17 of the Petition, Exhibit "A." Plaintiff also alleges that defendants failed to have in force effective policies regarding the

Family Medical Leave Act ("FMLA"), 28 U.S.C. § 2601 et seq., including FMLA retaliation. *See* ¶ 16 of the Petition, Exhibit "A."

8. This Court has supplemental jurisdiction over additional causes of action asserted by plaintiff under 28 U.S.C. § 1367.

9. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

10. Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by plaintiff or conceding that plaintiff has pled claims upon which relief can be granted.

11. Contemporaneously with this filing, defendants also file a Notification of Removal with the 20th Judicial District Court for the Parish of West Feliciana, as required by 28 U.S.C. §1446(d). A true and accurate copy of the Notification of Removal is attached hereto as Exhibit B.

Respectfully submitted,

        /s/ *Susan Fahey Desmond*
Susan Fahey Desmond (#25380)
Susan.Desmond@jacksonlewis.com
Michael B. Taylor (LA Bar # 39081)
Michael.Taylor@jacksonlewis.com
**JACKSON LEWIS P.C.**
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**ATTORNEYS FOR DEFENDANTS**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system that served notice on all users registered for electronic notice. I further certify that I forwarded a copy of the foregoing to:

Jill L. Craft
W. Brett Conrad, Jr.
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802

via U. S. Mail, postage prepaid.

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND

4869-0889-5349, v. 1